IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| J. PHILIP HELTON, )<br> Plaintiff/Counterclaim-Defendant, )<br> )<br>and )<br> )<br>J. PHILIP HELTON REAL ESTATE AND )<br>DEVELOPMENT, INC., )<br> Plaintiff, )<br> )<br>v. )<br> )<br>VISION BANK, )<br> Defendant/Counterclaim-Plaintiff. ) | CIVIL ACTION NO. 10-00563-KD-N |

**JUDGMENT**

In accordance with the Amended Order granting Defendant/Counterclaim-Plaintiff Vision Bank's Motion for Partial Summary Judgment (Doc. 29) and the Order disallowing Vision Bank's request for attorneys' fees and costs (Doc. 31), it is hereby **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Vision Bank and against Plaintiff/Counterclaim-Defendant J. Philip Helton.

Judgment is entered in the principal amount of $398,435.67, plus accrued and unpaid interest in the amount of $26,460.00, default interest of $36,509.43, late charges of $546.09, and $7,038.86 of other charges and fees, for a total amount of **$468,990.05**, as of July 15, 2011, with interest continuing to accrue on the principal amount from July 15, 2011 until the date of this Judgment in the amount of $35.97 per diem.

**DONE** and **ORDERED** this the **8th** day of **September 2011.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**