IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| J. PHILIP HELTON,<br>　　Plaintiff/Counterclaim-Defendant,<br><br>and<br><br>J. PHILIP HELTON REAL ESTATE AND<br>DEVELOPMENT, INC.,<br>　　Plaintiff,<br><br>v.<br><br>VISION BANK,<br>　　Defendant/Counterclaim-Plaintiff. | CIVIL ACTION NO. 10-00563-KD-N |

**JUDGMENT**

In accordance with the Amended Order granting Defendant/Counterclaim-Plaintiff Vision Bank's Motion for Partial Summary Judgment (Doc. 29) and the Order disallowing Vision Bank's request for attorneys' fees and costs (Doc. 31), it is hereby **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Vision Bank and against Plaintiff/Counterclaim-Defendant J. Philip Helton.

Judgment is entered in the principal amount of $398,435.67, plus accrued and unpaid interest in the amount of $26,460.00, default interest of $36,509.43, late charges of $546.09, and $7,038.86 of other charges and fees, for a total amount of **$468,990.05**, as of July 15, 2011, with interest continuing to accrue on the principal amount from July 15, 2011 until the date of this Judgment in the amount of $35.97 per diem.

　　**DONE** and **ORDERED** this the **8**$^{th}$ day of **September 2011.**

　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1