IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| J. PHILIP HELTON,<br>    Plaintiff/Counterclaim-Defendant,<br><br>and<br><br>J. PHILIP HELTON REAL ESTATE AND<br>DEVELOPMENT, INC.,<br>    Plaintiff,<br><br>v.<br><br>VISION BANK,<br>    Defendant/Counterclaim-Plaintiff. | CIVIL ACTION NO. 10-00563-KD-N |

**CHARGING ORDER AGAINST J. PHILIP HELTON**

Whereas, on September 8, 2011, this Court entered Judgment in favor of Defendant/Counterclaim-Plaintiff Vision Bank and against Plaintiff/Counterclaim-Defendant J. Philip Helton in the principal amount of $398,435.67, plus accrued and unpaid interest in the amount of $26,460.00, default interest of $36,509.43, late charges of $546.09, and $7,038.86 of other charges and fees, for a total amount of $468,990.05, as of July 15, 2011, with per diem interest in the amount of $35.97 continuing to accrue on the principal amount from July 15, 2011 until the date of Judgment (Doc. 32), and whereas this Court has since granted Vision Bank's Application for a Charging Order Against J. Philip Helton's Interests in LLCs (Doc. 37), it is hereby **ORDERED** and **ADJUDGED** that, pursuant to Rule 69(a)(1) of the Federal Rules of Civil Procedure and Section 10A-5-6.05 of the Alabama Code, the financial interests of J. Philip Helton in The Beach Party, LLC, Dalton & Helton, LLC, GC Development, LLC, Alabama Getaway, LLC, and PK Management, LLC (collectively, the "Limited Liability Companies") be

1

charged with payment of the Judgment rendered in this action (less any payments or credits received), any accrued interest thereon, and costs.

It is **FURTHER ORDERED** that said Limited Liability Companies are to report and to distribute to Vision Bank any amounts that are otherwise to become due or distributable to J. Philip Helton.

**DONE** and **ORDERED** this the **23rd** day of **December 2011**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**